# 387082

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:1/9/2015 2:53:26 PM
Accepted By: Elizabeth Torres
_____/s/ Elizabeth Torres_____
Deputy Clerk

## CAUSE NO. 387082

| | | |
|---|---|---|
| ABELARDO ZAMORA AND | § | IN THE COUNTY COURT |
| JANET ZAMORA, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| ABELARDO ZAMORA JR. | § | |
| A MINOR CHILD | § | AT LAW NO. 2 |
| | § | |
| V. | § | |
| | § | |
| | § | |
| JACOB JAMES DAVILA | § | BEXAR COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE COUNTY CLERK OF SAN ANTONIO, BEXAR COUNTY, TEXAS:

1. NOW COME ABELARDO ZAMORA AND JANET ZAMORA, INDIVIDUALLY AND AS NEXT FRIENDS OF ABELARDO ZAMORA JR. A MINOR CHILD, hereinafter called Plaintiffs in the above styled and numbered cause, and hereby give notice of their desire to appeal from the final judgment signed and entered by Honorable Tina Torres of County Court No. 10, on October 30, 2014.

2. Plaintiffs hereby appeal said cause to the Fourth Court of Appeals in San Antonio, Bexar County, Texas.

3. Plaintiffs timely filed a Motion for New Trial on or about September 25, 2014. Though filed prior to the entry of judgment it is deemed filed on the day of, but immediately after, the signing of the judgment. T.R.C.P. 306(c); *Ryland Enter. v. Weatherspoon,* 355 S.W.3d. 664, 665-66 (Tex. 2011). Said Motion was denied on or about November 12, 2014 by written order of the court.

Respectfully submitted,

BROCK & BROCK, P. C.
803 E. Mistletoe
San Antonio, TX 78212
TELEPHONE: (210) 733-6666
TELECOPIER: (210) 733-6893


BY: *Karl B. Brock*
       KARL B. BROCK
       State Bar No. 03044150
       Email: Karlb@brockandbrock.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Notice of Appeal has been forwarded via electronic mail, to:

Ms. Elizabeth Lennane
CAMPBELL, MILLER, & ASSOCIATES
300 Convent, Suite 2350
San Antonio, Texas 78205


on this 9th day of January, 2015.


*Karl B. Brock*
KARL B. BROCK